KEMP, *et al. v.* KEMP.

GILBERT, J.  None of the rulings of the trial court, either as to the admissibility of evidence or by instructions to the jury, were so harmful or misleading as to require the grant of a new trial.  The evidence was sufficient to authorize the verdict, and the finding of the jury was approved by the court.  *Judgment affirmed.  All the Justices concur.*

APRIL 11, 1917.

Probate of will.  Before Judge Patterson.  Cobb superior court. July 28, 1916.

*N. A. Morris, G. D. Anderson, Mozley & Gann, H. B. Moss,* and *E. T. Frey,* for plaintiffs in error.

*D. W. Blair* and *E. H. Clay,* contra.

---

COFFEY *v.* COBB.

GILBERT, J.  This is the third appearance of this case.  *Coffey* v. *Cobb,* 140 *Ga.* 661 (79 S. E. 568); Id. 143 *Ga.* 539 (85 S. E. 693).  It was error to overrule the ground of demurrer that the plaintiff failed to allege that she made permanent improvements on the land sued for, before filing her original petition, and subsequently to the time when the relation of landlord and tenant between herself and W. R. Coffey terminated, and after the relation of vendor and vendee existed, and while she held possession as such.  The judgment is reversed, with direction that the demurrer be sustained unless the petition is so amended as to cure this defect before the call of the case.

*Judgment reversed, with direction.  All the Justices concur.*

APRIL 11, 1917.

Equitable petition.  Before Judge Fite.  Murray superior court. February term, 1916.

*R. Noel Steed* and *Maddox, McCamy & Shumate,* for plaintiff in error.  *W. E. Mann, W. C. Martin,* and *C. N. King,* contra.